# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Kahari Kyron BROWN | ) Case No. 3:22-mj-177 | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 8, 2022__ in the county of __Cass__ in the
__State and__ District of __North Dakota__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm and or Ammunition by a Convicted Felon |

This criminal complaint is based on these facts:
See attached Affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Nicholas Bradt, ATF Special Agent
*Printed name and title*

Sworn to before me ~~by telephone~~

Date: March 31, 2022

_____
*Judge's signature*

City and state: Fargo, North Dakota

Alice R. Senechal, United States Magistrate Judge
*Printed name and title*